UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY BEST, et ux.<br><br>                    Plaintiff,<br><br>          v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br>et al.,<br><br>                    Defendant. | No. CV-05-5076-FVS<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

**IT IS HEREBY ORDERED:**

1. The parties Stipulated Motion to Dismiss with Prejudice (Ct. Rec. 20) is **GRANTED**.

2. This matter is dismissed with prejudice without attorneys' fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___27th___ day of September, 2006.

                          s/ Fred Van Sickle
                            Fred Van Sickle
                     United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE- 1